UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES MONROE SILVIS III, ) | |
| ) | |
| Petitioner, ) | Case No. EDCV 10-1443 GW (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ACCEPTING REPORT AND |
| BOARD OF PRISON HEARINGS, ) | RECOMMENDATION OF |
| et al., ) | MAGISTRATE JUDGE |
| ) | |
| Respondents. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: March 26, 2012

_____
George H. Wu
United States District Judge