UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES MONROE SILVIS, III,<br><br>    Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>    Respondents | Case No. EDCV 10-1443-GW(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition for writ of habeas corpus is denied.

Dated: March 26, 2012

_____
George H. Wu
United States District Judge