UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **JAMES MONROE SILVIS, III,** ) | Case No. EDCV 10-1443-GW(AJW) |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| **PEOPLE OF THE STATE OF** ) | |
| **CALIFORNIA, et al.,** ) | |
| ) | |
| Respondents ) | |
| _____ ) | |

**It is hereby adjudged** that the petition for writ of habeas corpus is denied.

Dated: March 26, 2012

_____
George H. Wu
United States District Judge